

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE; RUBEN LUJAN, IN HIS CAPACITY AS JUSTICE OF THE PEACE, PRECINT 6-1, | § | No. 08-15-00286-CV |
| | § | Appeal from the |
| Appellant. | § | County Court at Law No. 3 |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCV1763) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief third motion for extension of time within which to file the brief until **October 10, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 10, 2016.

IT IS SO ORDERED this 22nd day of September, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.